JOSEPH A. PERLSTEIN, Respondent, v. HAROLD M. BECHER, Appellant, and ALLEN A. CANTON, Defendant.— Order granting plaintiff's motion and directing defendant Becher separately to state and number that part of his amended answer which sets up as a defense the Statute of Limitations affirmed, with thirty dollars costs and disbursements. Time to serve answer extended five days after entry of the order hereon. No opinion. Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.

ANDREA POLO, Respondent, Appellant, v. ABE STERN, BESSIE STERN and ISRAEL STERN, Appellants, Respondents.— In a judgment creditor's action, judgment modified by striking from the eighth adjudging paragraph that part providing that defendant Israel Stern be directed to turn over to the receiver $2,498.07; and as modified unanimously affirmed, with costs to respondent, appellant. The fourth conclusion of law is disapproved in so far as it states that payments of money were made to Israel Stern upon a secret trust as trustee for the defendant Abe Stern. There is no proof that Israel Stern has retained any sum other than his own. When the business was sold it appears without dispute that the part of the purchase price paid in cash was divided equally between Israel Stern and Bessie Stern, who claimed then that they were the owners of the business. The title of Israel Stern to the sum paid to him was not challenged. Appeal by defendants from an order denying their motion to resettle the case on appeal. Order unanimously affirmed, with ten dollars costs. Appeal by defendants from an order denying defendants' motion for a new trial or to reopen the case to permit defendants to submit additional proof. Order unanimously affirmed, with ten dollars costs. Appeal by defendant Israel Stern from an order adjudging him in contempt. Order unanimously affirmed, without costs. Cross-appeal by plaintiff from the same order. Order unanimously affirmed, without costs. Appeal by defendant Bessie Stern from an order granting plaintiff's motion to punish her for contempt. [161 Misc. 264.] Order unanimously affirmed, with ten dollars costs and disbursements, on the authority of Gildersleeve v. Lester (68 Hun, 532, 535; affd., 139 N. Y. 608); Matter of McBride (6 App. Div. 376); Rowley v. Feldman (84 id. 400); Harris v. Elliott (163 N. Y. 269, 275), and Mendelsohn v. Rosenberg (248 App. Div. 743). Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH LISA, alias RALPH CHARLES LISA, Appellant.— Judgment of the County Court of Queens county convicting defendant of robbery in the first degree as a second offense unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SMITH, Appellant.— Defendant was convicted of the crime of acting as a broker in the solicitation and procurement of applications for fire insurance policies without having first procured a certificate to act from the Superintendent of Insurance, in violation of section 143 of the Insurance Law. Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.